UNITED STATES DISTRICT COURT
EASTERN DISTRCIT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CHARLES SUMMERHILL on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX, INC. *et al.*<br><br>Defendants. | **ORDER DISMISSING DEFENDANT ALLIED WILLIAMS COMPANIES, INC.**<br><br>No. 4:08-CV-0659 GTE |

**ORDER DISMISSING DEFENDANT ALLIED WILLIAMS COMPANIES, INC.**

Upon stipulation, by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and in accordance with the Stipulation of Dismissal, presented to the Court herewith, which is hereby **ORDERED** filed, it is hereby **ORDERED** that the Defendant, **ALLIED WILLIAMS COMPANIES, INC.** (formerly known as Allied-Bruce Terminix Companies, Inc. d/b/a Terminix Service), be and it is hereby dismissed, with prejudice as to the claims of the named Plaintiff, Charles Summerhill. Plaintiffs' claims against the remaining Defendants shall remain active.

//
//
//
//

It is further **ORDERED,** pursuant to the parties' stipulation, that each party shall bear its own costs.

Dated: October 28, 2008          Signed: /s/ Garnett Thomas Eisele
Little Rock, Arkansas                  G. Thomas Eisele
                                        United States District Judge